Dismissed and Memorandum Opinion filed December 31,
2009.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00929-CV

____________

 

FRANCISCO GONZALEZ LOPEZ, Appellant

 

V.

 

GIL RAMIREZ, SR., Appellee

 



 

On Appeal from the
80th District Court

Harris County,
Texas

Trial Court Cause
No. 2007-74672B

 



 

M E M O R
A N D U M   O P I N I O N

This is
an appeal from a judgment signed September 11, 2009.  On December 8, 2009,
appellant filed a motion to dismiss the appeal because the case has settled.   See
Tex. R. App. P. 42.1.  The motion
is granted.

Accordingly,
the appeal is ordered dismissed.

 

PER
CURIAM

Panel consists of Justices Yates,
Seymore, and Brown.